HENDERSON GREAVES, Respondent, v OBAYASHI CORPORATION et al., Appellants, et al., Defendant. (And a Third-Party Action.)

Submitted February 23, 2009; decided April 2, 2009

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the action within the meaning of the Constitution.

In the Matter of DEVON GRIFFIN, Appellant, v WILLIAM D. WALSH, as Onondaga County Court Judge, Respondent.

Decided April 2, 2009

Appeal dismissed, without costs, by the Court of Appeals, sua sponte, upon the ground that it does not lie (*see* CPLR 5601).

Judge PIGOTT taking no part.

HUMPHREYS & HARDING, INC., Respondent, v UNIVERSAL BONDING INSURANCE COMPANY, Defendant and Third-Party Plaintiff-Respondent. WELCH CONSTRUCTION CORP. et al., Third-Party Defendants-Appellants.

Submitted March 9, 2009; decided April 2, 2009

Motion for reargument of motion for leave to appeal denied [*see* 11 NY3d 920 (2009)].

Chief Judge LIPPMAN taking no part.